IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 10-cv-22012

DALE ERIC KARMAN
And
DENISE DONNIE KARMAN
    Consumer/Plaintiff

v.

ALLIANCE DATA SYSTEMS CORPORATION,
A Delaware Corporation, D/B/A
WORLD FINANCIAL NETWORK NATIONAL BANK
    Debt Collector/Defendant
_____/

    COMES NOW, Defendant, ALLIANCE DATA SYSTEMS CORPORATION d/b/a WORLD FINAINCIAL NETWORK NATIONAL BANK, ("WFNNB") and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1.     Denied.

2.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

3.     Denied.

4.     Denied.

5.     Denied.

6.     Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

7.     Denied.

8.     Denied.

9.     Denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

11. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

12. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

13. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

14. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

15. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

16. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

17. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

18. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

19. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

20. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

21. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

22. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

23. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

24. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

25. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

26. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

27. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

28. Denied.

29. Denied.

30. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

31. Denied.

32. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

33. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

34. Denied (a through b inclusive).

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

40. Denied (a through b inclusive).

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

46. Denied (a through b inclusive).

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

52. Denied (a through b inclusive).

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

58. Denied (a through b inclusive).

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

64. Denied (a through b inclusive).

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

70. Denied (a through b inclusive).

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

76. Denied (a through b inclusive).

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

82. Denied (a through b inclusive).

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

88. Denied (a through b inclusive).

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

94. Denied (a through b inclusive).

95. Denied.

96. Denied.

97. Denied.

98. Denied.

99. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

100. Denied (a through b inclusive).

101. Denied.

102. Denied.

103. Denied.

104. Denied.

105. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

106. Denied (a through b inclusive).

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

112. Denied (a through b inclusive).

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

118. Denied (a through b inclusive).

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

124. Denied (a through b inclusive).

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

130. Denied (a through b inclusive).

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

136. Denied (a through b inclusive).

137. Denied.

138. Denied.

139. Denied.

140. Denied.

141. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

142. Denied.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Denied.

164. Denied.

165. Denied.

166. Denied.

167. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. Denied.

173. Denied.

174. Denied.

175. Denied.
176. Denied.
177. Denied.
178. Denied.
179. Denied.
180. Denied.
181. Denied.
182. Denied.
183. Denied.
184. Denied.
185. Denied.
186. Denied.
187. Denied.
188. Denied.
189. Denied.
190. Denied.
191. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.
192. Denied.
193. Denied.
194. Denied.
195. Denied.
196. Denied.

197. Defendant re-alleges and reincorporates paragraphs 1-32 as if fully restated herein.

198. Denied.

199. Denied.

200. Denied.

201. Denied.

202. Denied.

203. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## FIFTH AFFIRMATIVE DEFENSE

Defendant asserts that Plaintiff lacks standing to pursue claims under the FDCPA and FCCPA.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant states that with regard to the declaratory and injunctive relief sought by Plaintiff, such claims are barred because Plaintiff has an adequate remedy at law.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted by:

_____/s/ Dale T. Golden___
**GOLDEN & SCAZ, PLLC**
Dale T. Golden, Esquire
FBN: 0094080

/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555

2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
Phone: 813-251-5500
Fax: 813-251-3675
Email: dale.golden@goldenscaz.com
Email: cmchale@goldenscaz.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
Florida Bar No. 0094080

 /s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555